UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
RAW FILMS, LTD.,
:
: Civil Action No. 2:11-cv-07249-JHS
:
Plaintiff,
:
vs.
:
JOHN DOES 1-17,
:
Defendants.
:
---------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING JOHN DOE DEFENDANTS**

**PLEASE TAKE NOTICE** that Plaintiff hereby voluntary dismisses without prejudice all remaining Doe Defendants in this case. Due to the time limitations imposed by Fed. R. Civ. P. 4(m), which Plaintiff cannot meet because it has only very recently obtained many of the Doe's identities, Plaintiff is dismissing the actions claimed against all the remaining Defendants in this case and hereby reserves the right to re-file against them in a joined suit once Plaintiff has discussed with the Doe Defendants the possibility of an amicable resolution without the necessity of further court intervention. This process enables all parties to cost effectively and confidentially manage the disputes between them.

Consistent herewith, Plaintiff consents to the Court closing its file on this matter for administrative purposes.

        Respectfully submitted,

        FIORE & BARBER, LLC

By:    *s/ Christopher Fiore*
        Christopher P. Fiore, Esquire
        Aman M. Barber, III, Esquire
        Attorneys for Plaintiff
        425 Main Street, Suite 200
        Harleysville, PA 19438
        Tel: (215) 256-0205
        Fax: (215) 256-9205
        Email: cfiore@fiorebarber.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    *s/ Christopher P. Fiore*
        Christopher P. Fiore, Esquire